Nicole Y. Blohm (SBN 177284)
E-mail: nblohm@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600   Fax: 213.236.2700

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SHUANG WANG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:24-cv-06476-MMC<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND [PROPOSED] ORDER**<br><br>Judge:　Maxine M. Chesney<br>Ctrm:　7, 19th Floor<br><br>Complaint Filed: September 13, 2024 |

IT IS HEREBY STIPULATED, by and between Plaintiff SHUANG WANG and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar

///

///

///

///

///

4911-1623-7356 v1 — 1 — Case No. 3:24-cv-06476-MMC — STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND [PROPOSED] ORDER

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

The Parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED**.

Dated: March 20, 2025                KANTOR & KANTOR, LLP


By: _____/s/ Peter S. Sessions_____
Peter S. Sessions
Attorneys for Plaintiff
SHUANG WANG


Dated: March 20, 2025                BURKE, WILLIAMS & SORENSEN, LLP


By: _____/s/ Nicole Y. Blohm_____
Nicole Y. Blohm
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

<u>**Filer's Attestation - Local Rule 5-1.(i)(3)**</u>

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4911-1623-7356 v1                2                Case No. 3:24-cv-06476-MMC
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER

***ORDER***

Based upon the Stipulation of the Parties and for good cause shown,

IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that all dates previously set in this action are hereby vacated and taken off the Court's calendar;

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED:**

Dated: March 20, 2025

Hon. Maxine M. Chesney
United States District Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4911-1623-7356 v1

3

Case No. 3:24-cv-06476-MMC
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER